AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

| SOUTHERN | DISTRICT OF | TEXAS |

UNITED STATES OF AMERICA
V.

AKA: Jovan GRACIA-Rios, YOB: 1999 USC
True Name: Jovan Lee Gracia

**Amended CRIMINAL COMPLAINT**

United States Courts
Southern District of Texas
FILED

*March 03, 2018*

David J. Bradley, Clerk of Court

CASE NUMBER: M-18-0467-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __3/2/2018__ in __Starr__ county, in the __Southern__ District of __Texas__ defendant(s) did, (Track Statutory Language of Offense)

Knowingly and intentionally possess, with intent to distribute approximately 103.5 kilograms of marijuana, a Schedule I Controlled Substance under the Controlled Substance Act.

in violation of Title __21__ United States Code, Section(s) __841 (a) (1)__
I further state that I am a(n) __DEA Special Agent__ and that this complaint is based on the following facts: See Attachment "A".

Continued on the attached sheet and made a part of this complaint:    X Yes    No

Signature of Complainant
Erik Lambel, DEA Special Agent

Submitted by reliable electronic means, sworn to and attested to telephonically per Fed.R.Cr.P.4.1 and probable cause found on:

March 3, 2018                                    At    McAllen, Texas
Date                                                       City and State

J. Scott Hacker, U.S. Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

Attachment A

On March 2, 2018, at approximately 11:00 A.M., United States Border Patrol (USBP) Agent Thomas Vincent responded to the area of Los Velas neighborhood in Rio Grande City, Texas following the Aerostat 4 operator observing bundles being loaded into the back of a tan Chevrolet Silverado pickup truck near the Rio Grande River. While Agent Vincent was responding to the area, Aerostat 4 operator relayed the truck was moving north along Los Velas road. At that time, Agent Thomas was traveling south along Los Velas road and observed the truck being pursued by additional USBP marked units. The truck made several turns while being pursued by USBP marked units until it eventually stopped near Highway 83. Agent Thomas approached the vehicle and observed the bundles in the bed of the truck. The driver, later identified as Jovan GRACIA-Rios, was taken into custody. GRACIA, the vehicle, and 16 bundles weighing approximately 103.5 kilograms, were transported to the Rio Grande City Border Patrol Station for processing.

On the same date, at approximately 2:00 P.M., DEA Special Agents (SA) Erik Lambel and Leonel Reyna responded to the USBP Rio Grande City Station to investigate this incident and were apprised of the details regarding this case. SA Lambel read GRACIA his Miranda Rights in his preferred language of English, as witnessed by SA Reyna. GRACIA stated he understood his rights and was willing to answer some questions. GRACIA stated at approximately 8:00 A.M. this morning, GRACIA's girlfriend told him (GRACIA) a guy in Mexico was looking for somebody to pick up approximately two (2) pounds of marijuana near the Rio Grande River. GRACIA agreed to go, and stated when he got to the location several men were waiting then started loading bundles into GRACIA's truck. GRACIA stated he was to be paid $200 U.S. dollars. During the interview, GRACIA stated he "didn't think it was going to be that much". All questioning was stopped when GRACIA had no further information to provide.